UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TANGERINE WILLLIAMS,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 2:25-cv-02889-DJC-CSK (SS)

ORDER

(ECF No. 14.)

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On August 17, 2026, the Magistrate Judge filed findings and recommendations (ECF No. 14), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On August 28, 2026, Plaintiff filed objections to the findings and recommendations (ECF No. 15). The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review. The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and

recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 14) are ADOPTED IN FULL;
2. Plaintiff's motion for summary judgment (ECF No. 9) is DENIED;
3. The Commissioner's cross-motion (ECF No. 13) is GRANTED;
4. The final decision of the Commissioner is AFFIRMED; and
5. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/will25cv2889.JO.obj